UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL NGUYEN,<br><br>Defendant | ) Criminal No. 24cr10326<br>)<br>) Violations:<br>)<br>) Counts One - Five: Interstate Transmission of<br>) Threatening Communication<br>) (18 U.S.C. § 875(c))<br>) |

## INDICTMENT

### COUNT ONE
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury charges:

On or about January 12, 2024, in the District of Massachusetts, the Northern District of California, and elsewhere, the defendant,

DANIEL NGUYEN,

did intentionally transmit in interstate and foreign commerce a communication containing a threat to injure and kill the person of another, to wit: "hey, you fucking assholes are dead…you hear me. You fucking cheated me, you screwed me out of money over here. I've got an AK…I have an AK-47, you know, with a drum magazine and I've got a Glock with two silencers. I'm going to walk into [Company 1]…watch me, watch, I'm going to walk into [Company 1], I'm going to shoot up the whole fucking place with an AK-47. I'm going to shoot up the whole fucking [Company 1] office with an AK-47. And I've got a fucking Glock. I'm gonna shoot up the whole [Company 1] office with a Glock. You're all going to be fucking dead. It's going to be a fucking bloodbath. You hear me? I've got a fucking AK-47. I'm gonna shoot up the whole [Company 1] office. And you're

all going to be fucking dead," did so for the purpose of issuing such a threat, knowing the communication would be viewed as a threat, and recklessly disregarding a substantial risk that the communication would be viewed as such a threat.

All in violation of Title 18, United States Code, Section 875(c).

COUNT TWO
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury further charges:

On or about January 13, 2024, in the District of Massachusetts, the Northern District of California, and elsewhere, the defendant,

DANIEL NGUYEN,

did intentionally transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: "[o]ne day I'm gonna walk up in there. I'm gonna come there next week with an AK-47 and a handgun. I'm gonna shoot up the whole fucking facility. I'm gonna walk up in there with an AK-47, I'm gonna shoot up the whole fucking building, every [Company 1] employee is gonna be dead. It's going to be a bloodbath…I'm going to have an AK-47 loaded, I'm going to shoot up the whole fucking place," did so for the purpose of issuing such a threat, and recklessly disregarding a substantial risk that the communication would be viewed as such a threat.

All in violation of Title 18, United States Code, Section 875(c).

<u>COUNT THREE</u>
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury further charges:

On or about January 13, 2024, in the District of Massachusetts, the Northern District of California, and elsewhere, the defendant,

DANIEL NGUYEN,

did intentionally transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: "hey, I got an AK-47 and I got a Glock with a silencer, I'm gonna walk into [Company 1] next week, I'm gonna shoot up the whole fucking office. You hear me? Every [Company 1] employee is gonna get shot dead. You fucking watch and you see," did so for the purpose of issuing such a threat, and recklessly disregarding a substantial risk that the communication would be viewed as such a threat.

All in violation of Title 18, United States Code, Section 875(c).

COUNT FOUR
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury further charges:

On or about February 15, 2024, in the District of Massachusetts, the Northern District of California, and elsewhere, the defendant,

DANIEL NGUYEN,

did intentionally transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: "I have an AK-47 in my possession and I'm gonna go over to [Company 1] and shoot up the whole fucking office. I've got an AK-47 in my hand," did so for the purpose of issuing such a threat, and recklessly disregarding a substantial risk that the communication would be viewed as such a threat.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury further charges:

On or about January 12, 2024, in the District of Massachusetts, the Northern District of California, and elsewhere, the defendant,

## DANIEL NGUYEN,

did intentionally transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: "I fucking hate your company. I'm an investor and you fucking screwed me out of money. I have an AK-47 and I have a Glock. I'm gonna go in there and I'm going to shoot up the whole fucking office. I'm gonna shoot you all dead. I've got a fucking AK-47 and I've got a Glock with two silencers. I'm going to go in there with an AK-47 and shoot up the whole fucking [Company 2] office. Mother fucker. You're all going to be fucking dead. You're gonna wish you didn't fuck me out of money," did so for the purpose of issuing such a threat, and recklessly disregarding a substantial risk that the communication would be viewed as such a threat.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

_____
LAUREN MAYNARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October 24, 2024
Returned into the District Court by the Grand Jurors and filed.

_____ 1:30pm
DEPUTY CLERK